No. 151, Misc.   CARPENTER v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 1, Misc.   DICK v. MOORE, WARDEN.   Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied without prejudice to the petitioner's seeking relief in an appropriate United States District Court. Petitioner *pro se.   Will Wilson,* Attorney General of Texas, and *L. W. Gray,* Assistant Attorney General, for respondent.

No. 75, Misc.   QUATRO v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 133, Misc.   TOWNSEND v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion the petition should be granted. *Loring B. Moore* and *William R. Ming, Jr.* for petitioner.

No. 12, Misc.   WILLIAMS v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   *Thos. H. Dent* for petitioner.   *Will Wilson,* Attorney General of Texas, and *H. Grady Chandler* and *George P. Blackburn,* Assistant Attorneys General, for respondent.

No. 47, Misc.   JOHNSON v. UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin,* Assistant Attorney General *Doub* and *Samuel D. Slade* for the United States.